UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:06-cv-07824-SBA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL<br><br>Date: August 21, 2007<br>Time: 1:00 p.m.<br>Location: Courtroom 3, 3rd Floor<br>Judge: Hon. Saundra Armstrong |

Having considered the papers submitted on Plaintiff's *Ex Parte* Administrative Motion To File Certain Documents Under Seal, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Plaintiff's *Ex Parte* Administrative Motion To File Certain Documents Under Seal is GRANTED, orders the following documents filed under seal:

1. Exhibit M to the Dennis M. Cusack Declaration, which are copies of excerpts from the deposition of Cheng Mao Lin (Mac Lin), Volume I, taken on September 19, 2006, pp. 72 – 75.

2. Exhbit N to the Dennis M. Cusack Declaration, which are copies of excerpts from the deposition of Cheng Mao Lin (Mac Lin), Volume II, taken on June 25, 2007. pp. 297 – 298.

3. Exhibit O to the Dennis M. Cusack Declaration, which are copies of excerpts from

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLFFS' EX PARTE
AMIN. MTN. TO FILE CERTAIN DOCS UNDER SEAL
CASE NO. 4:06-cv-07824-SBA

21737\1292032.1

1    the deposition of Jack C. Weaver, Volume I, taken on April 24, 2007, pp. 135.

2           4.      Exhibit P to the Dennis M. Cusack Declaration, which are copies of excerpts from

3    the deposition of Jack Weaver, Volume II, taken on April 25, 2007, pp. 292 – 294.

6    DATED: 10/4/07            , 2007        /s/ Saundra B. Armstrong
7                                            Hon. Saundra Armstrong
                                             United States District Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLFFS' EX PARTE
AMIN. MTN. TO FILE CERTAIN DOCS UNDER SEAL      - 2 -                         21737\1292032.1
CASE NO. 4:06-cv-07824-SBA