Gary R. Selvin, State Bar No. 112030
Joshua S. Leach, State Bar No. 209061
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-mail: gselvin@selvinwraith.com
        jleach@selvinwraith.com

Attorneys for Defendant
Atlantic Mutual Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC., | CASE NO.: 4:06-cv-07824-SBA |
| Plaintiff, | **DEFENDANT'S *EX PARTE* ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
| v. | |
| ATLANTIC MUTUAL INSURANCE COMPANY, | Date: October 2, 2007<br>Time: 1:00 p.m.<br>Dept: 3/Judge Saundra Armstrong |
| Defendant. | Complaint Filed: December 21, 2006<br>Trial: May 12, 2008 |

Pursuant to Civil L.R. 7-10 and 79-5, defendant Atlantic Mutual Insurance Company ("Atlantic") moves the Court *ex parte* for an order permitting Atlantic to file under seal the following documents:

1. Exhibits A, B, C, D, E, and F to the Declaration of Joshua S. Leach in Support of Atlantic's Motion for Summary Judgment or, in the Alternative, Motion for Partial Summary Judgment.

Atlantic seeks to file these documents under seal because they contain testimony or other information that has been designated as "Confidential" or "Highly Confidential-Attorneys Eyes-Only" under the terms of the May 16, 2007 Protective Order in this action and the April 13, 2006 Stipulated Protective Order in the Alameda County Superior Court lawsuit entitled *Accton Technology Corporation v. Centillium Communications, Inc.* Action No. CV RG05245726 (the

1
**DEFENDANT'S EX PARTE ADMINISTRATIVE MOTION TO FILE CERTAIN
DOCUMENTS UNDER SEAL                              CASE NO.: 4:06-cv-07824-SBA**

"Accton suit"). Those Orders provide that Atlantic must file documents containing such designated evidence under seal with the Court.

Atlantic respectfully requests that the Court file the aforementioned documents under seal, consistent with the May 16, 2007 Protective Order and the April 13, 2006 Stipulated Protective Order in the Accton suit.

Dated: August 24, 2007    SELVIN WRAITH HALMAN LLP

By: _____/s/_____
Gary R. Selvin
Joshua S. Leach
Attorneys for Defendant
Atlantic Mutual Insurance Company

44328.doc

DEFENDANT'S EX PARTE ADMINISTRATIVE MOTION TO FILE CERTAIN
DOCUMENTS UNDER SEAL                    CASE NO.: 4:06-cv-07824-SBA