Dennis M. Cusack (State Bar No. 124988)
Katina Ancar (State Bar No. 207950)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
CENTILLIUM COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:06-cv-07824-SBA (EMC)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record that:

The currently-scheduled Settlement Conference is continued from January 11, 2008 at 9:30 a.m. to February 29, 2008 at 9:30 a.m. in Courtroom C, 15th Floor in San Francisco.

Settlement Conference Statements shall be served by hard-copy only and lodged with Magistrate Judge Edward M. Chen on or before Friday, February 15, 2008.

/ / /

/ / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SETTLEMENT CONFERENCE
CASE NO. 4:06-CV-07824-SBA

21737\1419810.1

IT IS SO STIPULATED.

DATED: January 7, 2008　　　　　　　　　　FARELLA BRAUN & MARTEL LLP

By: /s/ Dennis M. Cusack
　　Dennis M. Cusack

　　Attorneys for Plaintiff
　　CENTILLIUM COMMUNICATIONS, INC.

DATED: January 7, 2008　　　　　　　　　　SELVIN WRAITH HALMAN LLP

By: /s/ Gary R. Selvin
　　Gary R. Selvin

　　Attorneys for Defendant
　　ATLANTIC MUTUAL INSURANCE COMPANY

DATED: January 7, 2008　　　　　　　　　　TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: /s/ Paul S. White
　　Paul S. White

　　Attorneys for Defendant
　　ATLANTIC SPECIALTY INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: January 8, 2008

Magistrate Judge Edward M. Chen
United States District Court

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SETTLEMENT CONFERENCE
CASE NO. 4:06-CV-07824-SBA

- 2 -

21737\1419810.1