1  Paul S. White (SBN 146989)
   pwhite@tsmp.com
2  Elizabeth L. Musser (SBN 203512)
   emusser@tsmp.com
3  TRESSLER, SODERSTROM,
   MALONEY & PRIESS, LLP
4  1901 Avenue of the Stars, Suite 450
   Los Angeles, CA 90067
5  Telephone:(310) 203-4800
   Facsimile: (310) 203-4850
6
7  Attorneys for Defendant
   ATLANTIC SPECIALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC., <br><br> Plaintiff, <br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CASE NO. 4:06-cv-07824-SBA (EMC) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Old Date: February 29, 2008, 9:30 a.m. <br> New Date: March 31, 2008, 10:00 a.m. |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | |

The parties to this action hereby submit this Stipulation to Continue the Settlement Conference before the Honorable Edward M. Chen from February 29, 2008 to March 31, 2008. The parties previously had a settlement conference scheduled in this action for January 11, 2008. As a result of an amended complaint filed in October 2007 naming Atlantic Specialty Insurance Company ("ASIC") as a new defendant, and ASIC's recent appearance, the Court recommended that the parties continue the settlement conference. Upon agreement of all parties, the settlement conference was continued to February 29, 2008. Due to unforeseen conflicts in counsel for

| | |
|---|---|
| 1 | ASIC's schedule, the parties are again seeking to continue the settlement conference to a date in |
| 2 | March, and understand that Judge Chen is available on March 31, 2008. |

THEREFORE, IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record that:

The currently-scheduled Settlement Conference is continued from February 29, 2008 at 9:30 a.m. to March 31, 2008 at 10:00 a.m. in Courtroom C, 15th Floor in San Francisco.

Settlement Conference Statements shall be served by hard copy only and lodged with Magistrate Judge Edward M. Chen on or before Monday, March 17, 2008.

IT IS SO STIPULATED.

DATED: January 25, 2008　　　　　　　　　　TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP


By: /s/ Elizabeth L. Musser
　　Paul S. White
　　Elizabeth L. Musser

　　Attorneys for Defendant
　　ATLANTIC SPECIALTY INSURANCE COMPANY

DATED: January 25, 2008　　　　　　　　　　SELVIN WRAITH HALMAN LLP


By: /s/ Gary R. Selvin
　　Gary R. Selvin
　　Joshua S. Leach

　　Attorneys for Defendant
　　ATLANTIC MUTUAL INSURANCE COMPANY

| | | |
|---|---|---|
| DATED: January 25, 2008 | | FARELLA BRAUN & MARTEL LLP |
| | | By: /s/ Katina Ancar<br>Dennis M. Cusack<br>Katina Ancar |
| | | Attorneys for Plaintiff<br>CENTILLIUM COMMUNICATIONS, INC. |

**IT IS SO ORDERED.**

DATED: February 1, 2008

_____
Magistrate Judge Edward M. Chen
United States [Magistrate Judge]

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed by Judge Edward M. Chen]*