**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC., | No. C 06-07824 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 104] |
| ATLANTIC MUTUAL INSURANCE CO. and ATLANTIC SPECIALTY INSURANCE CO., | |
| Defendant. | |
| AND RELATED COUNTER-CLAIMS and CROSS-CLAIMS | |

The Court DENIES without prejudice plaintiff Centillium Communications, Inc.'s Ex Parte Administrative Motion to File Certain Documents under Seal (the "Motion") [Docket No. 104], because movant has failed to advance any legal argument the Court has the authority, under the "compelling reasons" standard to seal any of the documents proposed for sealing. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (" 'compelling reasons' must be shown to seal judicial records attached to a dispositive motion"). The Court also reminds movant not to set a hearing date when filing an administrative motion. *See* Civil Local Rule 7-11(c) (no hearing unless otherwise ordered by the Court). The hearing for the Motion, set for May 6, 2008, at 1:00 p.m., is VACATED. The hearing set for the same date and time for movant's Motion for

///
///
///
///
///
///

1 Partial Summary Judgment Against Atlantic Specialty Insurance Co. [Docket No. 106] shall remain
2 on the calendar as scheduled.
3     IT IS SO ORDERED.

April 7, 2008

                                                      Saundra Brown Armstrong
                                                      United States District Judge