UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC., | No. C 06-07824 SBA |
| Plaintiff, | ORDER |
| v. | [Docket No. 111] |
| ATLANTIC MUTUAL INSURANCE CO. and ATLANTIC SPECIALTY INSURANCE CO., | |
| Defendant. | |
| AND RELATED COUNTER-CLAIMS and CROSS-CLAIMS | |

All parties having settled this matter, on April 14, 2008, *see* Docket No. 111, and no issues remaining for the Court's disposition, this action and all claims, counter-claims, and cross-claims asserted herein are DISMISSED with prejudice. All matters calendared in this action are VACATED. The Clerk shall CLOSE the file and TERMINATE any pending matters.

IT IS SO ORDERED.

April _17_, 2008

Saundra Brown Armstrong
United States District Judge