| | |
|---|---|
| 1 | Dennis M. Cusack (State Bar No. 124988) |
|   | dcusack@fbm.com |
| 2 | Katina Ancar (State Bar No. 207950) |
|   | kancar@fbm.com |
| 3 | FARELLA BRAUN + MARTEL LLP |
|   | Russ Building |
| 4 | 235 Montgomery Street, 17th Floor |
|   | San Francisco, CA 94104 |
| 5 | Telephone: (415) 954-4400 |
|   | Facsimile: (415) 954-4480 |

Attorneys for Plaintiff and Counterdefendant
CENTILLIUM COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTILLIUM COMMUNICATIONS, INC., | Case No. 4:06-cv-07824-SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

WHEREAS Plaintiff CENTILLIUM COMMUNICATIONS, INC. and Defendants ATLANTIC MUTUAL INSURANCE COMPANY and ATLANTIC SPECIALTY INSURANCE COMPANY (collectively "the Parties") executed a Confidential Settlement Agreement and Release of Claims and Demands finally resolving the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties to this action, through their respective counsel, as follows:

  i)  Pursuant to Fed. R. Civ. P. 41 (a), this action (including all claims, counterclaims, cross-claims, and defenses) is DISMISSED WITH

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE
CASE NO. 4:06-CV-07824-SBA

21737\1580205.1

PREJUDICE in its entirety.

    ii) Each party shall bear its own attorneys' fees, costs and expenses incurred herein.

IT IS SO STIPULATED.

DATED: May 23, 2008      FARELLA BRAUN + MARTEL LLP

By: /s/ Dennis M. Cusack
    Dennis M. Cusack

Attorneys for Plaintiff
CENTILLIUM COMMUNICATIONS, INC.

DATED: May 23, 2008      SELVIN WRAITH HALMAN LLP

By: /s/ Gary R. Selvin
    Gary R. Selvin

Attorneys for Defendant
ATLANTIC MUTUAL INSURANCE COMPANY

DATED: May 23, 2008      TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

By: /s/ Paul S. White
    Paul S. White

Attorneys for Defendant
ATLANTIC SPECIALTY INSURANCE COMPANY

**IT IS SO ORDERED.**

DATED: 5/29/08

Hon. Saundra B. Armstrong
United States District Court

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 4:06-CV-07824-SBA

- 2 -

21737\1580205.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400